◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLETHA GRANT, Appellant. [635 NYS2d 871] —Judgment unanimously affirmed. Memorandum: Supreme Court erred in limiting defendant's cross-examination of the victim and another eyewitness with respect to their prior violent acts *(see, People v Jones,* 115 AD2d 302; *People v Brinkworth,* 112 AD2d 799, *lv denied* 66 NY2d 614; *People v Ayrhart [Joel],* 101 AD2d 703). In light of the overwhelming evidence of guilt, however, we conclude that the error was harmless beyond a reasonable doubt *(see, People v Allen,* 67 AD2d 558, 560, *affd* 50 NY2d 898). We reject the contention that the court's refusal to mark the school records of those witnesses as court exhibits deprived defendant of effective appellate review *(cf., People v Harrison,* 85 NY2d 794). The record supports the suppression court's determination that the identification of defendant's photograph was not the result of any suggestive conduct by the police *(see, People v Brooks,* 139 AD2d 657, 658). (Appeal from Judgment

of Supreme Court, Monroe County, Siracuse, J.—Assault, 2nd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.